

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Hasbro Properties Group** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080974K | $50,000.00 | 11/14/2019 | 127975-4_2 | 11/1/2019 | $50,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863J | $10,000.00 | 11/7/2019 | 127975-4 | 10/1/2019 | $10,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080772 | $165,632.37 | 10/30/2019 | 127975-5 | 10/1/2019 | $67,857.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080772 | $165,632.37 | 10/30/2019 | 127975-2 | 10/1/2019 | $275.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080772 | $165,632.37 | 10/30/2019 | 127975-1 | 10/1/2019 | $97,499.96 |

**Totals:** **3 transfer(s),** **$225,632.37**