In re:

HRB WINDDOWN, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-12689 (BLS)

(Jointly Administered)

Alan D. Halperin, as Liquidating Trustee
of the High Ridge Brands Liquidating Trust,

Plaintiff,

vs.

Hasbro Properties Group,

Defendant.

Adv. No. 21-51349

## <u>NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041

and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in

its entirety with prejudice. An answer has not been filed.

Dated: June 30, 2022

**BIELLI & KLAUDER, LLC**

By:  /s/ *David M. Klauder*
David M. Klauder, Esq., DE SBN 5769
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*-and-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167). The mailing address for each of the Debtors is HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff, Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust*

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., *et al.*,[2]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 19-12689 (BLS)<br><br>(Jointly Administered) |
| Alan D. Halperin, as Liquidating Trustee<br>of the High Ridge Brands Liquidating Trust,<br><br>                      Plaintiff,<br><br>vs.<br><br>Hasbro Properties Group,<br><br>                      Defendant. | Adv. No. 21-51349 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on June 30, 2022, via

[X]     Electronic mail, addressed to:

Counsel for Defendant
Thomas Davis, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
Email: thomas.davis@wilmerhale.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 30, 2022                       */s/ Jean Esslinger*
                                        Jean Esslinger
                                        ASK LLP
                                        2600 Eagan Woods Drive, Suite 400
                                        Saint Paul, MN 55121